FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0702

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 23-0702

Gary O. Stewart,

        Appellee/Petitioner,

vs.

Kyle Grimsrud,

        Appellant/Respondent.

---

## ORDER

---

On Appeal from the Montana Tenth Judicial District Court, Fergus County, Docket No. DR 2023-14, the Honorable Heather Perry, Presiding

_____

Based on stipulation of the parties under Rule 7(3)(b), M.R.App.P., to hold all time requirements of the Montana Rules of Appellate Procedure in abeyance in this matter, pending completion of the mandatory appellate alternative dispute resolution process required by Rule 7, M.R.App.P.

Specifically, the Appellant's opening brief is now due 30 days from the earlier date of either the filing of the mediator's report, or 30 days from the expiration of the 75-day time limit prescribed by Rule 7(3)(a), M.R.App.P., which is February 18, 2024. 30 days from the 75-day time limit is March 19, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2024